# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DONALD DANTE BRADFORD,

    Plaintiffs,

v.

COKA COLA CO.,

    Defendant.

Case No. 24-cv-01577 BLF

**ORDER OF RECUSAL**

I, the undersigned Judge of the court, finding myself disqualified from presiding over the above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant to the applicable provisions of this District's Assignment Plan.

**IT IS SO ORDERED.**

Dated: __April 8, 2024_____

_____
BETH LABSON FREEMAN
United States District Judge

Order of Recusal
P:\PRO-SE\BLF\CR.24\01577Bradford_recusal