UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DANTE BRADFORD,<br>  Plaintiff,<br>  v.<br>COKA COCA COLA,<br>  Defendant. | Case No. 24-cv-01577-HSG<br><br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal, this action is DISMISSED with prejudice. The Clerk shall enter judgment in favor of Defendant and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   6/20/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge